UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Dallas Division

| | | |
|---|---|---|
| Apex International LLC et al<br>Plaintiff<br><br>v.<br><br><br>Jeffrey Serber et al<br>Defendant | § § § § § § § § § § § § | Civil Action No. 3:19-cv-02242-K |

## CLERK'S ENTRY OF DEFAULT

The record reflects that service of the complaint has been made upon the Defendant named below:

Trent Trennepohl

It appears from the record that service of the complaint has been made, that the Defendant has failed to answer or otherwise defend as directed within the time allowed, and that the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against the Defendant named above.

KAREN S. MITCHELL, CLERK
U.S. DISTRICT COURT


 s/ M. Arrington
By: Deputy Clerk on 1/2/2020