IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| APEX INTERNATIONAL, LLC AND GREG LINDBERG, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Case No.: 3:19-cv-02242-K |
| JEFFREY SERBER and TRENT TRENNEPOHL | § § § § | |
| Defendants. | § § | |

## DEFENDANT SERBER'S SUPPLEMENTAL REPLY IN SUPPORT OF SECOND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND, ALTERNATIVELY, TO SEVER AND THEREAFTER DISMISS OR, ALTERNATIVELY, TRANSFER VENUE

| THE TAYLOR LAW OFFICES, PC | BALLARD & LITTLEFIELD LLP |
|---|---|
| Thomas L. Taylor III<br>Texas Bar: 19733700<br>*taylor@tltaylorlaw.com*<br>Andrew M. Goforth<br>  Of Counsel<br>Texas Bar: 24076405<br>*andrew@goforth.law*<br><br>245 West 18th Street<br>Houston, Texas 77008<br>Tel: 713.626.5300<br>Fax: 713.402.6154 | Donald R. Littlefield<br>Texas Bar No. 12427350<br>*dlittlefield@ballardlittlefield.com*<br>16475 Dallas Parkway, Suite 400<br>Addison, Texas 75001<br>Phone: 972-733-2900<br>Fax: 713-403-6400<br><br>Charles A. Hammaker<br>  Of Counsel<br>Texas Bar No. 08853700<br>*ahammaker@ballardlittlefield.com*<br>3700 Buffalo Speedway, Suite 250<br>Houston, Texas 77098<br>Telephone: (713) 403-6400<br>Facsimile: (713) 403-6410 |

Defendant Jeffrey Serber ("Serber"), through undersigned counsel, respectfully files this Supplemental Reply in support of his Motion[1] to dismiss the Verified Second Amended Complaint (ECF No. 18, "Complaint") of Plaintiffs Apex International, LLC ("Apex") and Greg Lindberg ("Lindberg" and collectively "Plaintiffs"). Defendant Serber files this Supplemental Reply in light of the Entry of Default entered by the Clerk of Court for the Northern District of Texas with respect to Defendant Trent Trennepohl ("Trennepohl") on January 2, 2020. ECF No. 29.

Defendant Serber filed his Motion on November 19, 2019 (ECF No. 25) and his Reply in support of same (ECF No. 27) on December 23, 2019. In these filings Serber asked the Court to sever Plaintiffs' case against him from the case asserted against Trennepohl under Rules 20 and 21 of the Federal Rules of Civil Procedure ("Rules"). *See* Mot. at § C(1). The Entry of Default has the same effect as a severance of the claims against the two named Defendants. Because the Plaintiffs' case against Trennepohl has concluded through default, the Court should disregard Trennepohl's inclusion in the lawsuit when analyzing venue under 28 U.S.C. § 1391(b) and dismiss the case against Serber pursuant to Rule 12(b)(3) and 28 U.S.C. § 1406(a).

---

[1] Capitalized terms not defined herein have the same meaning given to them in Serber's Motion to dismiss the Verified Second Amended Complaint (ECF No. 25).

**DEFENDANT SERBER'S REPLY IN SUPPORT OF HIS SECOND MOTION TO DISMISS AND, ALTERNATIVELY, TRANSFER VENUE**

Dated: January 6, 2020

Respectfully submitted,

THE TAYLOR LAW OFFICES, PC

By:   /s/ Thomas L. Taylor III

Thomas L. Taylor III
Texas Bar: 19733700
*taylor@tltaylorlaw.com*
Andrew M. Goforth
   Of Counsel
Texas Bar: 24076405
*andrew@goforth.law*

245 West 18th Street
Houston, Texas 77008
Tel: 713.626.5300
Fax: 713.402.6154


BALLARD & LITTLEFIELD LLP

Donald R. Littlefield
Texas Bar No. 12427350
*dlittlefield@ballardlittlefield.com*
16475 Dallas Parkway, Suite 400
Addison, Texas 75001
Phone: 972-733-2900
Fax: 713-403-6400

Charles A. Hammaker
Of Counsel
Texas Bar No. 08853700
*ahammaker@ballardlittlefield.com*
3700 Buffalo Speedway, Suite 250
Houston, Texas 77098
Telephone: (713) 403-6400
Facsimile: (713) 403-6410

COUNSEL FOR DEFENDANT
JEFFREY SERBER

## CERTIFICATE OF SERVICE

    I certify that on January 6, 2020 I filed the foregoing document through the Court's CM/ECF filing system and electronically provided it to Defendant Trennepohl (with written consent), which satisfies service requirements under FED. R. CIV. P. 5(b)(2)(E).

                                      /s/ Thomas L. Taylor III
                                      Thomas L. Taylor III