IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| APEX INTERNATIONAL, LLC, § | | |
| AND GREG LINDBERG, § | | |
|     PLAINTIFFS, § | | |
| § | | |
| V. § | | CASE NO. 3:19-CV-2242-K |
| § | | |
| TRENT TRENNEPOHL, ET AL., § | | |
|     DEFENDANTS. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiffs' Motion for Default Judgment, Doc. 62, is **GRANTED IN PART**.

SO ORDERED.

Signed November 30th, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE